**Order entered September 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00578-CR

**MONIQUE DANAE MCCLINTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR11-1799**

## ORDER

On September 4, 2013, Official Court Reporter Deborah K. Hamon filed a request for an extension until September 6, 2013 to file the reporter's record. On September 9, 2013, Hamon filed a letter representing the reporter's record would be filed on that date. The reporter's record has not been filed.

We **GRANT** the request for an extension. We **ORDER** Deborah K. Hamon to file the reporter's record within **TEN** days of the date of this order. The Court will not grant any further extensions.

/s/     DAVID EVANS
          JUSTICE